# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jesus Alberto Mendoza Torres, | ) | Case No.  17 - 9322 MJ |
| a.k.a.: Jesus Alberto Mendoza-Torres, | ) | |
| a.k.a.: Jesus Torres, | ) | |
| a.k.a.: Jesus Alberto Mendoza-Torrez, | ) | |
| (A208 572 670) | | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 10, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Alberto Mendoza Torres, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 26, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   August 23, 2017

_____
*Judge's signature*

City and state:   Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE).  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 10, 2017, Jesus Alberto Mendoza Torres was booked into the Maricopa County Jail (MCJ) intake facility by the Scottsdale Police Department on local charges.  While incarcerated at the MCJ, Mendoza Torres was examined by ICE Officer S. Black who determined him to be a Mexican citizen, illegally present in the United States.  On the same date, an immigration detainer was lodged with the MCJ. On August 23, 2017, Mendoza Torres was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing.  Mendoza Torres was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Alberto Mendoza Torres to be a citizen of Mexico and a previously deported alien.  Mendoza Torres was removed from the United States to Mexico through Calexico, California, on or about January 26, 2017,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Mendoza Torres in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.   Mendoza Torres' immigration history was matched to him by electronic fingerprint comparison.

4. On August 23, 2017, Jesus Alberto Mendoza Torres was advised of his constitutional rights. Mendoza Torres freely and willingly agreed to provide a statement under oath. Mendoza Torres stated that his true and correct name is Jesus Alberto Mendoza Torres, and that he is a citizen of Mexico.   Mendoza Torres stated that he illegally entered the United States on "28/Febrero/2017," through Sonoita, without inspection by an immigration officer.   Mendoza Torres further stated that he had been removed from the United States to Mexico on two (2) occasions.   Finally, Mendoza Torres stated he did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 10, 2017, Jesus Alberto Mendoza Torres, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 26, 2017, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).


_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 23rd day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge

3